**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2318

DWIGHT C. BROWN,

Plaintiff - Appellant,

versus

TRITON SECURITY; MIKE FINGERHUT; JOY APPLEBY,
Vice President,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-04-1544-1)

Submitted: March 23, 2006          Decided: March 27, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwight C. Brown, Appellant Pro Se. Abbey Gail Hairston, Jessica Regan Hughes, SEYFARTH SHAW, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight C. Brown appeals the district court's order dismissing his action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. Triton Security, No. CA-04-1544-1 (E.D. Va. filed Oct. 19, 2005 & entered Oct. 21, 2005). We grant Appellees' motion to strike Brown's reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED